COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | David Allen Daniels (J)# | CASE NO: | 00-4037-BSS |
| AUSA: | Dave Buckner /Behnke | ATTNY: | Jim Stark present |
| AGENT: | DEA | VIOL: | marijuana: Cultivation & Poss. |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 Corp. Surety |

BOND HEARING HELD — (yes)/no     COUNSEL APPOINTED:

BOND SET @ _____ $50,000 Corp. Surety

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.   *surr passport*
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL.
12) _____ Halfway House _____
     Electronic Monitoring _____

Reside at curr. address, no illegal drugs or excessive alcohol

FILED by ___ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

△-advised of charges
△-sworn

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | | JUDGE: |
| INQUIRY RE COUNSEL | 3-13-00 | 11:00 AM | | BSS |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. or REMOVAL: | 3-13-00 | 11:00 AM | | BSS |
| STATUS CONFERENCE: | | | | |

DATE: 2-22-00   TIME: 11:00am   TAPE # 00-014   PG # 10