MDM/5800.12A
MARCH 19, 1999
PAGE 18

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: CR _____ |
| Plaintiff | ) | 00-4037-BSS |
| | ) | |
| -vs- | ) | REPORT COMMENCING CRIMINAL |
| | ) | ACTION |
| David Allen Daniels | | |
| Defendant | | 60334.004 |

*****************************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH

U.S. DISTRICT COURT          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

COURT ABOVE.

*****************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 2/18/00    5:10    a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC 841

(4) UNITED STATES CITIZEN: (✓)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 8/2/56

(6) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
    [ ] INDICTMENT    [✓] COMPLAINT    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT