UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. **00-6059** CR-ZLOCH

21 U.S.C. §841(a)(1)
21 U.S.C. §856(a)(1)
21 U.S.C. §853
18 U.S.C. §2

**MAGISTRATE JUDGE
SELTZER**

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,       )
                                )
v.                              )
                                )
DAVID ALLEN DANIELS,            )
                                )
                Defendant.       )
_____ /

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning at least as early as in or about January of 1999, the exact date being unknown

to the Grand Jury, and continuing until on or about February 17, 2000, at Broward County, in the

Southern District of Florida, the defendant,

## DAVID ALLEN DANIELS,

did knowingly and intentionally manufacture, that is, cultivate and grow, a Schedule I controlled

substance, that is, marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and

Title 18, United States Code, Section 2.



## COUNT TWO

On or about February 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

## DAVID ALLEN DANIELS,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, marijuana plants and a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

Beginning at least as early as in or about January of 1999, the exact date being unknown to the Grand Jury, and continuing until on or about February 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

## DAVID ALLEN DANIELS,

knowingly and intentionally maintained a place, that is, the premises located at 1941 SW 126TH Avenue, Miramar, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, marijuana, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE

As a result of the foregoing offenses,

## DAVID ALLEN DANIELS,

the defendant, shall forfeit to the United States any and all property constituting or derived from

any proceeds the said defendant obtained directly or indirectly as a result of the said violations

and any and all property used or intended to be used in any manner or part to commit and to

facilitate the commission of the violations alleged in Counts One through Three of the

Indictment to include but not limited to the following:

1. REAL PROPERTY

All that lot or parcel of land, together with its buildings, improvements, fixtures,

attachments and easements, located at 1941 SW 126TH Avenue, Miramar, Florida, more

particularly described as 150-6 B Lot 12 Block 3 of Flamingo Estates as described in Title Book

26744, page 576 of the Land Records for Broward County, Florida.

If the above-described forfeitable property, as a result of any act or omission of

the defendant --

(1) has been transferred or sold to a third person;

(2) has been substantially diminished in value; or

(3) has been commingled with other property which cannot be subdivided without

difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant up to the value of the above forfeitable

property.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

_____

FOREPERSON

_____

THOMAS E. SCOTT

UNITED STATES ATTORNEY

_____

SCOTT H. BEHNKE

ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                    CASE NO. _____

v.                                      **CERTIFICATE OF TRIAL ATTORNEY***

**DAVID ALLEN DANIELS**          **Superseding Case Information:**

**Court Division:** (Select One)      New Defendant(s)          Yes ___     No ___
                                      Number of New Defendants      _____
___ Miami  ___ Key West              Total number of counts        _____
_X_ FTL  ___ WPB ___ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) _____No_____
      List language and/or dialect  _____

4.    This case will take __3__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court?  (Yes or No) _No_
If yes:
Judge: _____        Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)_____Yes_____
If yes:
Magistrate Case No.  ___00-4037-MG-SELTZER_____
Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of___02/22/00_____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____
Is this a potential death penalty case? (Yes or No) _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5500005

*Penalty Sheet(s) attached                                        REV.4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

**Defendant's Name:** <u>DAVID ALLEN DANIELS</u>_____ **No.** _____

**Count #: 1 Manufacturing marijuana; in violation of 21 U.S.C. 841(a)(1)**_____

**\*Max. Penalty:  Mandatory minimum of 5 years' and maximum of 40 years' imprisonment; and a fine of up to $2,000,000**_____

**Count #: 2 Possess with intent to distribute marijuana; in violation of 21 U.S.C. 841(a)(1)**

**\*Max. Penalty:   Mandatory minimum of 5 years' and maximum of 40 years' imprisonment; and a fine of up to $2,000,000**_____

**Count #: 3 Establishment of manufacturing operation; in violation of 21 U.S.C. 856(a)(1)**

**Max. Penalty: 20 years' imprisonment; and a fine of $500,000**_____

**Count#:** _____

_____

**Max. Penalty:** _____

**Count #:** _____

_____

**\*Max. Penalty:** _____

**Count #:** _____

_____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

*REV. 12/12/96*