UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6059-Cr-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ALLEN DANIELS,

    Defendant.
_____/

NOTICE OF LIS PENDENS

RE: FORFEITURE

GRANTEE: DAVID ALLEN DANIELS

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on March 9, 2000 an INDICTMENT was returned by a Grand Jury sitting in the Southern District of Florida, charging the above defendant with violation[s] of 21 U.S.C.§841(a)(1) and most particularly charging in the Forfeiture portion of the Indictment that the following described real property, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, has become and is condemned and forfeit to the United States of America under the provisions of 21 U.S.C. §853 :

> All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments and easements, located at 1941 SW 126th Avenue, Miramar, Florida, more particularly described as 150-6B Lot 12,Block3 of Flamingo Estates as described in Title Book 26744,page 576 of the Land Records for Broward County, Florida.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibits any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
SCOTT H. BEHNKE
ASSISTANT U.S. ATTORNEY
FLORIDA BAR #A5500005
500 EAST BROWARD BOULEVARD
SUITE 700
FORT LAUDERDALE, FL. 33394
TEL. (954)356-7255
FAX.(954)356-7228