UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6059-CR-Zloch

UNITED STATES OF AMERICA,

CASE NO.: ~~00-M-4037~~

    Plaintiff,

MAGISTRATE JUDGE: BARRY S. SELTZER

vs.

DAVID ALLEN DANIELS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

You will please enter my appearance as Attorney of Record for the Defendant in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this date to Assistant U. S. Attorney David M. Buckner, United States Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 by U.S. mail this _____ day of March, 2000.

                                      JAMES M. STARK, Esq.
                                      524 South Andrews Ave. #304N
                                      Fort Lauderdale, FL 33301
                                      TEL: (954) 522-3307

                              BY: _____
                                      James M. Stark
                                      FL Bar# 169712