

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6059-CR-Zloch

UNITED STATES OF AMERICA

vs

David Allen Daniels

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 3-13-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:        Address: SEE BOND

                  Telephone: _____

DEFENSE COUNSEL:  Name: James Stark

                  Address: _____

                  Telephone: _____

BOND SET/CONTINUED:  $ Cont'd on bond as set

Bond hearing held: yes____ no____  Bond hearing set for _____

Dated this 13 day of March, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-018

cc: Clerk for Judge
    U. S. Attorney