U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: David Allen Daniels (B)     CASE NO: ~~00-4037-BSS~~ 00-6059-CR-Zloch

AUSA: Scott Behnke /s/ Don Chase     ATTNY: Jim Stark (perm)

AGENT:     VIOL: present

PROCEEDING: Arraignment     BOND REC:

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by D.C. MAR 1 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No Tapes or Transcripts

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 3-28-00   11:00a   Snow

DATE: 3-13-00   TIME: 11:00am   TAPE # 00-018   PG # 1

ends 12:45pm   57-105