HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DAVID ALLEN DANIELS__ CASE NO: __00-6059-CR-ZLOCH__
AUSA _Bardfeld for Behnke_ ATTY _Jim Stark - not pres_
_disc not cut. Likely guilty plea_ _00-017_
_@ 1860_

DEFT _____ CASE NO: _____
AUSA _Motions due April 12_ ATTY _____

[FILED by ___ D.C. MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __March 28, 2000__ TIME __11:00 A.M.__

16