UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6059-CR-ZLOCH

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

DAVID ALLEN DANIELS,   :

    Defendant.   :



## STATUS REPORT

A status conference was held in this cause on March 28, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was to be provided on the date of the status conference. Accordingly, counsel for the defendant shall have until April 12, 2000, within which to file pretrial motions.

2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of March, 2000.

                                        LURANA S. SNOW
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Scott Behnke (FTL)
James Stark, Esq.

