UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
APR 24 2000

CASE NUMBER 00-6059-cr-Zloch   DATE 4-24-00

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. David Allen Daniels

U. S. ATTORNEY Scott Behnke   DEFT COUNSEL James Stark

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Daniels ore tenus mtn for continuance granted - all time excludable

JUDGMENT

CASE CONTINUED TO   TIME   FOR

MISC

