UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00 - 6059 - CR-Zloch    DATE 6 - 2 - 00

CLERK Carline Newby    REPORTER Anita LaBella

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. David Daniels

U. S. ATTORNEY Scott Behnke    DEFT COUNSEL James Stark

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Set for Plea

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC


20