UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6059-CR-ZLOCH

UNITED STATES OF AMERICA

     v.

DAVID ALLEN DANIELS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | June 19, 2000 at 1:30 PM |

**CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*(signature)*
BY DEPUTY CLERK

DATE: June 5. 2000

cc:
Scott Behnke, Esq., AUSA
James Start, Esq.