UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00 - 6059-CR-Zloch DATE 6-19-00

CLERK Carline Newby REPORTER Carl Schanzleh

PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA v. David Allen Daniels

U. S. ATTORNEY Scott Behnke DEFT COUNSEL James Start

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1 -

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 9-1-00 TIME 10:00 FOR Sentencing

MISC Written Plea Agreement

23