**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO    00-6059-CR-ZLOCH

DAVID ALLEN DANIELS

NOTICE OF SENTENCING DATE

TO DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the Honorable **WILLIAM J. ZLOCH**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **September 1**, 20 00 at **10:00 A.** M for imposition of sentence. On that date, report to the U.S. Courthouse, Courtroom ___ **A** ___ 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where you are ordered to appear. If you will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. ___) which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd., #409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the information needed to prepare the Prosecution Section of the Presentence Report

ADMINISTRATIVE ORDER 95-02 ATTACHED.

Clerk, United States District Court

BY _Carlie J. Newby_
Courtroom Deputy Clerk

DATE  6 - 19 - 00

COUNSEL _____

RECEIVED _____ (Defendant)

| | | | | |
|---|---|---|---|---|
| GUILTY PLEA | ☒ | BOND | ☒ | TO COUNT(S) 1 |
| TRIAL | ☐ | FEDERAL CUSTODY | ☐ | TO TOTAL COUNTS ___ |
| NOLO PLEA | ☐ | STATE CUSTODY | ☐ | ASST. U.S. ATTY  Behnke |
| | | USM CUSTODY | ☐ | |

24