COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6059-CR- ZLOCH

    Plaintiff,

vs.

DAVID ALLEN DANIELS,

    Defendant.
_____/

### DEFENDANT'S COMPLIANCE WITH COURT ORDER OF JUNE 19, 2000

COMES NOW the Defendant, DAVID DANIELS, by and through his undersigned attorney, and files this his compliance with the Court's oral pronouncement in Court on June 19, 2000. In furtherance of said Order, the Defendant would state:

1. That on the date of the Defendant's Change of Plea hearing, the Defendant had taken the prescribed medication known as <u>Oxycontin</u>.

WHEREFORE, the Defendant files this his compliance with the Court's order of June 19, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this date to A.U.S.A. Scott H. Behnke, United States Attorney's Office, Office of the United States Attorney, 500 E. Broward Blvd. #700, Fort Lauderdale, FL 33301 by U.S. mail this 22nd day of June, 2000.

                        JAMES M. STARK, Esq.
                        524 South Andrews Ave. #304N
                        Fort Lauderdale, FL 33301
                        TEL: (954) 522-3307

                  BY: _____
                        James M. Stark
                        FL Bar# 169712

NON-COMPLIANCE OF S.D. fla. L.R. 5.1a