UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6059-CR-Zloch  DATE 9-1-00

CLERK Michael Sullivan   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. David Allen Daniels

U. S. ATTORNEY Scott Behnke   DEFT COUNSEL James Stark

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 12 months and one day; 3 yrs. supervised release - spec. condition - drug or alcohol abuse program - Def. will make copayment; Special assessment of $100; voluntary surrender on 11/30/00

JUDGMENT

CASE CONTINUED TO ___ TIME ___ FOR ___

MISC

26