UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNTIED STATES OF AMERICA

PLAINTIFF

VS

DAVID DANIELS

DFENDANT

CASE NO: 00-6059-CR-ZLOCH

POWER NO: IJ-36384

MOTION EXONERATING
CORPORATE SURETY AND
RELEASING CORPORATE
SURETY BOND

Whereas Surety in above case hereby requests this Honorable Court to enter an Order Exonerrating Corporate Surety and Releasing Corporate Surety and as grounds therefore alleges as follows:

1. That the defendant in above case was convicted and sentenced.

2. That the defendant in above case has since surrendered and is serving his time in a federal facility in the Northeastern United States that specializes in treatment of prisoners with health problems, in this dendant's case, a bad back.

Whereby Surety in above case prays that after consideration of facts presented that this Honorable Court enter an Order Exonerating Surety and Releasing Surety Bond.

I hereby certify that a true and correct copy of the foregoing was furnished to the Clerk of the Court 299 E. Broward Blvd. Ft. Lauderdale, Fl 33301, by mail, this 2nd day of March, 2001.

*Scott Adler* (signature)

SCOTT ADLER
DONDEE BAIL BONDS
1454 NW 17th AVE.   #202
MIAMI, FL   33125
(305) 325-9889



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
PLAINTIFF

VS

DAVID DANIELS

DEFENDANT

CASE NO. 00-6059-CR-Zloch

POWER NO. IJ-36384

ORDER EXONERATING
CORPORATE SURETY AND
RELEASING CORPORATE
SURETY BOND

THIS CAUSE having come to be heard upon the Surety's Motion to Exonerate Corporate Surety Bond in the amount of 50,000 DOLLARS, and the Court having reviewed the file and being otherwise duly advised in the Premises, it is hereby,

CONSIDERED, ORDERED, AND ADJUDGED:

1. That said Motion be and the same is _____.

DONE AND ORDERED IN CHAMBERS IN _____ this _____ day of _____ 20__.

_____
UNITED STATES DISTRICT JUDGE