UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6059-CR-ZLOCH

UNITED STATES OF AMERICA

V.

DAVID DANIELS

ORDER DISCHARGING BOND

FILED by _____ D.C.

MAR 0  2001

THIS MATTER is before the court upon Motion Exonerating Corporate Surety and Releasing Corporate Surety Bond (filed March 5, 2001) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this ____ day of March, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Scott Behnke, Esq., AUSA
Scott Adler
 Dondee Bail Bonds
 1454 NW 17th Avenue #202
 Miami, FL 33125
Financial

